**Wilma Earline HAYES,**
**Plaintiff/Appellant,**

v.

**UNITED FIRE & CASUALTY COM-**
**PANY, Defendant/Respondent.**

**No. ED 81091.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 22, 2003.

Cheryl A. Callis, Kortenhof & Ely Law Offices, St. Louis, MO, for Appellant.

Mary Anne Lindsey, Stephen Charles Morgan, Evans & Dixon Law Offices, St. Louis, MO, for Plaintiffs.

Thomas J. Noonan, Stephen Joseph Barber, Noonan & Burke Law Office, St. Louis, MO, for Respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Wilma Earline Hayes (Appellant) appeals from the judgment entered by the trial court in favor of United Fire & Casualty Company (Respondent) on Appellant's

equitable garnishment action. We have reviewed the briefs of the parties and the record on appeal and conclude that the judgment of the trial court is supported by substantial evidence. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An extended opinion would have no precedential value. We have provided the parties with a memorandum for their use only setting forth the reasons for our decision. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).